B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No. **09–20201–TTG**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hugo T Macias
   fdba Hugo's Pizzeria
   5309 190th St SW
   Lynnwood, WA 98036

Social Security/Individual Taxpayer ID No.:
   xxx–xx–1513

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **September 30, 2009.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

                                                                BY THE COURT

Dated: January 13, 2010                           Thomas T. Glover
                                                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: admin              Page 1 of 1             Date Rcvd: Jan 13, 2010
Case: 09-20201                Form ID: b18             Total Noticed: 32

The following entities were noticed by first class mail on Jan 15, 2010.
db          +Hugo T Macias,   5309 190th St SW,   Lynnwood, WA 98036-5439
tr          +Dennis Lee Burman,   1103 9th St,   PO Box 1620,   Marysville, WA 98270-1620
952020001   +Assoc / Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
952020002   +Audit & Adjustment Com,   19401 40th Ave W Ste 312,   Lynnwood, WA 98036-5600
952020003    Beneficial,   PO Box Branson,   Brandon, FL 33509
952020004   +Biditup Capital Corporation,   11426 Ventura Blvd.,   Studio City, CA 91604-3161
952020005   +First Equity,   PO Box 84075,   Columbus, GA 31908-4075
952020006   +Gdyr/cbusa,   Po Box 20483,   Kansas City, MO 64195-0483
952020008   +Gravity Payments,   1434 Elliot Ave. W.,   Suite C,   Seattle, WA 98119-3112
952020009   +Hfc-ta,   Attn.: Bankruptcy,   961 Weigel Dr,   Elmhurst, IL 60126-1058
952020011   +Key Bank Nw,   Po Box 16666,   Boise, ID 83715-6666
952020012   +Philips & Cohen Associates Ltd,   1002 Justinson Street,   Wilmington, DE 19801-5148
952020013   +Phillips 7 Cohen Associates,   1002 Justinson Street,   Wilmington, DE 19801-5148
952020014   +Puget Sound Leasing Co.,   Po Box 1295,   Issaquah, WA 98027-0050
952020015   +Quantum Servicing Corp,   1 Corporate Dr Ste 360,   Lake Zurich, IL 60047-8945
952020017   +Rainier Coll,   1605 116 Ne,   Bellevue, WA 98004-3024
952020018    Sam's Discover Club,   PO Box 960016,   Orlando, FL 32896-0016
952020019   +Schweet, Rieke & Linde PLLC,   2955 80th Ave. SE Ste 102,   Mercer Island, WA 98040-2960
952020020   +Sentry Credit Inc,   2809 Grand Ave,   Everett, WA 98201-3417
952020022  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,   5000 Meadows Rd Ste 251,
              Lake Oswego, OR 97035)
952020021   +The Stratford Group LTD,   1200 Westlake Ave N,   #509,   Seattle, WA 98109-3528
952020023   +Venture Bank,   1495 Willington Drive Dupont,   Dupont, WA 98327-8807
952020027   +Yello Book,   P.O. Box 51444,   Los Angeles, CA 90051-5744

The following entities were noticed by electronic transmission on Jan 13, 2010.
tr          +EDI: QDLBURMAN.COM Jan 13 2010 19:53:00      Dennis Lee Burman,   1103 9th St,   PO Box 1620,
              Marysville, WA 98270-1620
smg          EDI: WADEPREV.COM Jan 13 2010 19:53:00      State of Washington,   Department of Revenue,
              2101 4th Ave, Ste 1400,   Seattle, WA 98121-2300
sr           EDI: RMSC.COM Jan 13 2010 19:53:00      GE Money Bank,   Recovery Management Systems Corporation,
              c/o Ramesh Singh,   25 SE 2nd Ave #1120,   Miami, FL 33131-1605
952020007   +EDI: RMSC.COM Jan 13 2010 19:53:00      Gemb/care Credit,   Attn: Bankruptcy,   Po Box 103106,
              Roswell, GA 30076-9106
952020016   +E-mail/Text: bklaw@qwest.com                            Qwest,   PO Box 91155,
              Seattle, WA 98111-9255
952040816    EDI: RECOVERYCORP.COM Jan 13 2010 19:53:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
952020024    EDI: AFNIVZCOMBINED.COM Jan 13 2010 19:48:00      Verizon Wireless,   Po Box 9688 Missin Hill,
              Mission Hills, CA 91346-9688
952020010    EDI: FUNB.COM Jan 13 2010 19:53:00      Homeq,   Attn: Bankruptcy Department,
              1100 Corporate Center,   Raleigh, NC 27607
952020025   +EDI: CHASE.COM Jan 13 2010 19:53:00      Washington Mutual / Providian,   Attn: Bankruptcy Dept.,
              Po Box 10467,   Greenville, SC 29603-0467
952020026    EDI: CHASE.COM Jan 13 2010 19:53:00      Washinton Mutual Card Services,   PO Box 660487,
              Dallas, TX 75266
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2010**              **Signature:**   *Joseph Speetjens*